UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

    Plaintiffs,

v.

ATOLL TOPUI ISLAND, INC.,

    Defendant.

_____/

No. C 08-3905 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: December 19, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge