UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

        Plaintiffs,

        v.

ATOLL TOPUI ISLAND, INC.,

        Defendant.
_____/

No. C 08-3905 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiffs' application for order to appear for debtor examination.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 11, 2009

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Wings, Assigned M/J, counsel of record