1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiff
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 THE BOARD OF TRUSTEES, in their          ) No.   CV 08 3905 EDL
   capacities as Trustees of the LABORERS   )
13 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA;                 )
14 LABORERS VACATION-HOLIDAY TRUST          ) [PROPOSED] ORDER FOR
   FUND FOR NORTHERN CALIFORNIA;            ) APPEARANCE AND EXAMINATION
15 LABORERS PENSION TRUST FUND FOR          ) OF DEBTOR ASSETS
   NORTHERN CALIFORNIA; and LABORERS        )
16 TRAINING AND RETRAINING TRUST            )
   FUND FOR NORTHERN CALIFORNIA,            )
17                                          )
                Plaintiff,                  )
18                                          )
         v.                                 )
19                                          )
   ATOLL TOPUI ISLAND, INC., A California   )
20 Corporation,                             )
                                            )
21              Defendant.                  )
   _____  )

22

23 **PROPOSED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

24      TO:   Defendant ATOLL TOPUI ISLAND, INC., A California Corporation, and LOPETI

25 K. TOPUI, Defendant's C.E.O. and Agent for Service of Process:

26      **YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a

27 referee appointed by the Court, on  November 3 , 2009, at  10 :**00 a.m.** in **Courtroom E, 15th**

28 **Floor**, located at **450 Golden Gate Avenue, San Francisco, California**, to furnish information to

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. CV 08 3905 EDL

1  aid in enforcement of the judgment entered against you on March 23, 2009 and to answer questions
2  concerning property in your possession or control as stated in Plaintiffs' Application for Order to
3  Appear for Debtor Examination, attached hereto as Exhibit "A".

5  Dated: __September 14, 2009__



HONORABLE ELIZABETH D. LAPORTE
JUDGE OF THE U.S. DISTRICT COURT

8  118578/543307

- 2 -

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. CV 08 3905 EDL

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001