UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.

    Plaintiffs,　　　　　　　　　　No. C 08-3905 PJH

    v.　　　　　　　　　　　　　　**ORDER OF REFERENCE**
**TO MAGISTRATE JUDGE**
ATOLL TOPUI ISLAND, INC.,

    Defendant.
_____/

    Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Elizabeth D. Laporte for a report and recommendation on plaintiffs' motion for civil contempt for failure to appear at the judgment debtor examination, and plaintiffs' application for writ of attachment.

    The parties will be advised of the date, time and place of any appearance by notice from Judge Laporte.

**IT IS SO ORDERED.**

Dated: July 14, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge