1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiff
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   THE BOARD OF TRUSTEES, in their          ) No.   CV 08 3905  PJH
12 capacities as Trustees of the LABORERS   )
   HEALTH AND WELFARE TRUST FUND            )
13 FOR NORTHERN CALIFORNIA;                 )
   LABORERS VACATION-HOLIDAY TRUST          ) WRIT OF
14 FUND FOR NORTHERN CALIFORNIA;            ) ATTACHMENT
   LABORERS PENSION TRUST FUND FOR          )
15 NORTHERN CALIFORNIA; and LABORERS        )
   TRAINING AND RETRAINING TRUST            )
16 FUND FOR NORTHERN CALIFORNIA,            )
                                            )
17              Plaintiff,                  )
                                            )
18      v.                                  )
                                            )
19 ATOLL TOPUI ISLAND, INC., A California   )
   Corporation,                             )
20                                          )
                Defendant.                  )
21                                          )
                                            )
22 ─────────────────────────────────────────

23 TO ANY FEDERAL MARSHAL FOR THE COUNTY OF SAN MATEO AND ANY

24 REGISTERED PROCESS SERVER:

25     This writ is to attach property of Defendant Atoll Topui Island, Inc., a California

26 Corporation located at 340 Chesapeake Avenue, Foster City, CA 94404.

27     YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is

28 clearly sufficient to satisfy the attachment:

1   The books, records, papers, reports of Atoll Topui Island, relating to the time period
2   beginning **April 1, 2004 to the present**, including but not limited to the following:

3   Individual earning records (compensation); W-2 forms; 1096 and 1099
    forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers
4   compensation insurance report; employee time cards; payroll journal;
    quarterly payroll tax returns (form 941); check register and supporting cash
5   voucher; Form 1120- 1040 or partnership tax returns; general ledger –
    (portion relating to payroll audit).

6

7   Dated: 12/3/10

8                                                   RICHARD W. WIEKING
9                                                   CLERK OF COURT

10  118578/598830                                   by _____
                                                       Deputy Clerk

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] WRIT OF ATTACHMENT                       Case No. CV 08 3905 EDL